IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHERINE CHURCHILL**                                                                                      **PLAINTIFF**

v.                                       Case No. 4:23-CV-00751-LPR

**DOLLAR TREE STORES, INC., et al.**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 5th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE